UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK A PARKMAN,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>　　　　　　　　Defendant. | CASE NO. 2:24-cv-00009-LK<br><br>ORDER OF DISMISSAL |

　　　This matter comes before the Court on the parties' Stipulation to Dismiss. Dkt. No. 13. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　Dated this 11th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　_Lauren King_
　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1